Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **21−49780−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Regina Baker
  19607 W. 12 Mile Rd
  Southfield, MI 48076

Social Security No.:
  xxx−xx−6176

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case** was entered on **1/13/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 1/13/22

        BY THE COURT

        Todd M. Stickle , Clerk of Court
        UNITED STATES BANKRUPTCY COURT